United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERINE ROBERTSON,
Plaintiff,
v.
LOPEZ, et al.,
Defendants.

Case No. 23-cv-04030-CRB

**ORDER TO SHOW CAUSE**

Two and a half years ago, the Court adopted Magistrate Judge van Keulen's Report and Recommendation (dkt. 14), and subsequently dismissed some of Plaintiff's claims while preserving others. See Order Adopting Report & Recommendation (dkt. 17). The Court ordered service of the summons, First Amended Complaint (dkt. 10), and December 15 filing (dkt. 13) on the individual Defendants. Id. As far as the Court can tell, nothing has happened since. Accordingly, the Court ORDERS Plaintiff to show cause by September 18, 2026, why this case should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: September 11, 2026

CHARLES R. BREYER
United States District Judge