United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERINE ROBERTSON,
Plaintiff,
v.
LOPEZ, et al.,
Defendants.

Case No. 23-cv-04030-CRB

**ORDER DISMISSING CASE**

This Court issued an Order to Show Cause on September 11, 2026, observing that the Court had heard nothing from the parties for almost two and a half years. Order (dkt. 22). The Plaintiff had until September 18, 2026, to respond with an explanation of why the case should not be dismissed for failure to prosecute under Rule 41. Id. (citing Fed. R. Civ. P. 41). That day has come and gone, and this Court has received no update from the Plaintiff. The Court thus ORDERS this case be dismissed, without prejudice, for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 24, 2026

CHARLES R. BREYER
United States District Judge